# United States District Court

## DISTRICT OF

PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS

V.

CPR Fishing, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 12057 NG**

TO: (Name and address of defendant)

CPR Fishing, Inc.
336 Main Street
Wakefield, RI 02879

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 2/18/05

NAME OF SERVER (PRINT): Robert J. Kilduff

TITLE: Disinterested Party

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Agent for Service J. Penn Olean
~~Not agent for service~~ but accepted by and on behalf of
FMR Fidelity Inc. at the direction of its officer Peter Raposa
J. Penn Olean

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5.00 | $40.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/05 at 12:17 P.M.

Signature of Server: Robert J. Kilduff

Address of Server: 16 Cornell Ave
Rumford, R.I. 02916

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.