JRO:CLI:co:cli 37166 \pleading\37166disStip1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLINE DACOSTA, as Personal Representative and Administratrix for the Estate of JOSE L. DACOSTA, JR. : | |
| VS. : | C.A. NO. 04CV12059 JLT |
| CPR FISHING, INC. : | |
| PEARL BEAUVAIS, as Personal Representative and Administratrix for the Estate of JOHN BEAUVAIS : | |
| VS. : | C.A. NO. 04-12057 NG |
| CPR FISHING, INC. : | |

## DISMISSAL STIPULATION

In the matter of *Pearl Beauvais, as personal representative and Administratrix for the Estate of John Beauvais vs. CPR Fishing, Inc.* USDC CA#04-12057 NG, all claims are hereby dismissed, with prejudice, no interest and no costs.

_____
Thomas J. Hunt, Esq. BBO# 244680
**Attorney for Plaintiff**
18 North Water Street
New Bedford, MA 02740
PHONE#: (800)441-4018
FAX#: (508)984-0755

_____
J. Renn Olenn, Esq. BBO# 642090
**Attorney for Defendant**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: 8/25/05